UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID S QUAIR,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIF. DEPT. OF CORRECTION AND REHABILITATION, et al.,<br><br>    Defendants. | Case No. 20-cv-00221-JD<br><br>**ORDER OF TRANSFER**<br>Re: Dkt. No. 2 |

This is a civil rights case brought pro se by a state prisoner. Plaintiff presents allegations regarding prison conditions at California Men's Colony, where he is currently incarcerated. California Men's Colony is located within the venue of the United States District Court for the Central District of California. Plaintiff names as defendants' employees at that prison. Because plaintiff is incarcerated in the Central District and the defendants are located in the Central District, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's incomplete motion to proceed in forma pauperis (Docket No. 2) which is **VACATED**.

**IT IS SO ORDERED.**

Dated: January 15, 2020

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID S QUAIR,<br><br>    Plaintiff,<br><br>v.<br><br>CALIF. DEPT. OF CORRECTION AND REHABILITATION, et al.,<br><br>    Defendants. | Case No. 20-cv-00221-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 15, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David S Quair ID: BG0478
California Men's Colony
East Facility, B-3250-IL
PO Box 8101
San Luis Obispo, CA 93409-8101

Dated: January 15, 2020

Susan Y. Soong
Clerk, United States District Court

By:_____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO